AL WEINSTEIN et al., Doing Business as WEINSTEIN & EISNER, Respondents, v. GARFORD TRUCKING, INC., Appellant.— Order directing examination before trial of a foreign corporation modified on the facts by inserting after the word "records" in the third ordering paragraph, the words "or copies or transcripts thereof." As so modified the order is affirmed, with ten dollars costs and disbursements to respondents, the examination to proceed on five days' notice. This modification is made at the plaintiffs' suggestion that it is not necessary for the defendant to submit the original books or records. Carswell, Acting P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

HARRY WILTON, Respondent, v. GOETEL RADISH et al., Appellants, et al., Defendants.— Appeal by defendants Goetel Radish and Radspi Realty & Coal Corporation from an order made December 30, 1943, which granted the motion of the plaintiff to add as a party plaintiff the Phœnix Indemnity Company, and which permitted the plaintiff to serve an amended complaint in which the Phœnix Indemnity Company should be added as a party plaintiff. Order affirmed, with ten dollars costs and disbursements. The court had the right to bring in the Phœnix Indemnity Company as a party plaintiff under the circumstances of this case. (*Wilton* v. *Radish*, 266 App. Div. 974; *Van der Stegen* v. *Neuss, Hesslein & Co.*, 270 N. Y. 55; *National Mortgage Corp.* v. *Deering*, 290 N. Y. 574; *Weldon* v. *United States*, 65 F. 2d 748.) Close, P. J., Hagarty, Carswell, Lewis and Aldrich, JJ., concur. [See *post*, p. 987.]